**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RONALD BONFILIO | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:25-cv-00007 |
| | ) | |
| UNITED STATES ARMY | ) | |
| Office of General Counsel of the Army | ) | Judge Ana Reyes |
| 104 Army Pentagon | ) | |
| Washington DC  20310—0104 | ) | |
| | ) | |
| | ) | |
| U.S DEPARTMENT OF STATE | ) | |
| 600 19 St. NW | ) | |
| Suite 5600 | ) | |
| Washington D.C. 20036 | ) | |
| | ) | |
| U.S. Office of Personnel Management | ) | |
| Defendants. | ) | |
| | ) | |

---

## MOTION FOR CM/ECF USER NAME AND PASSWORD

Plaintiff, who has been a Paralegal for more than 10 years, requests access to E

File pleadings in this case.

I have daily access and have been filing in DC Superior Court, and Court of

Appeals for the  Fourth Circuit,

I have access to the internet in my home, with

Comcast and T-Mobile, hot spot and use it daily.

I have had a pacer account for more than 10 years and have used it in the past and

am using it now with an upgraded account

**Account Number**    3634426

RECEIVED

FEB 3 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

**Username**              ut0474pay

**Account Balance**       $0.00

**Case Search
Status**                  Active

**Account Type**          Upgraded PACER Account

Respectfully Submitted

/s/ Ronald Bonfilio
14815 Ashford Springs Lane
Humble , TX, 77396
518 423 5461
ronjoebon@gmail.com